No. 75–5214. BARNETT *v.* MACDONALD, DBA KERR, FITZGERALD & KERR, *ante,* p. 873. Petition for rehearing denied.

NOVEMBER 20, 1975

No. 75–587. PHILIP B. BASSER ADVERTISING, INC., ET AL. *v.* REDEVELOPMENT AUTHORITY OF THE CITY OF PHILADELPHIA. Pa. Commw. Ct. Certiorari dismissed as to petitioner Sorger under this Court's Rule 60.